UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRENT HENRICKSON,<br><br>              Plaintiff<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>              Defendants. | Case No.  2:20-cv-01014-EJY<br><br>**ORDER EXTENDING STAY** |

On July 24, 2020, this Court entered an order referring the case to Inmate Early Mediation and staying the action for 90 days to allow the Plaintiff and Defendants an opportunity to settle their dispute (Docket No. 13).  The stay will expire on October 22, 2020.  Due to the pandemic, the mediation could not be set prior to the expiration of the stay.  It is now set for December 11, 2020, almost two months after the stay expires. Therefore, the Court extends the stay for two (2) days after the mediation.  The status report is also due on that date.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

    For the foregoing reasons,

    IT IS ORDERED that the stay is extended to two (2) days after the mediation.

    IT IS FURTHER ORDERED that the Office of the Attorney General will file the report form regarding the results of the stay two (2) days after the mediation.

    DATED this 22nd day of September 2020.

ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE