UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRENT HENRICKSON,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01014-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Notice of Non-Receipt of ECF No. 17 and Request for Same (ECF No. 19).  Due to an error with the High Desert State Prison's law library, Plaintiff requests that the Order Setting Inmate Early Mediation (ECF No. 17) be resent to him.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Notice of Non-Receipt of ECF No. 17 and Request for Same (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of the Order Setting Inmate Early Mediation (ECF No. 17) to Plaintiff.

DATED this 25th day of September 2020.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE