# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY HENRICKSON,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01014-APG-EJY<br><br>**Order Setting Deadline for Defendants to Respond to Pending Motions** |

I ORDER that the defendants have 20 days from acceptance of service to respond to plaintiff Trent Henrickson's motion for preliminary injunction (ECF No. 4) and motion for leave to file an emergency motion (ECF No. 21).

DATED this 17th day of December, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE