# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRENT HENRICKSON,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 2:20-cv-01014-APG-EJY

**Order**

[ECF Nos. 45, 46, 48, 52, 54, 55]

I ORDER that the defendants' motion to consolidate cases **(ECF No. 46) is DENIED** without prejudice.  As a result, the defendants' related motion to stay the case **(ECF No. 48)**, and plaintiff Trent Henrickson's motion **(ECF No. 54)** to file documents from this case in the *Fowler* and *Bonham* cases are **DENIED**.

I FURTHER ORDER that the defendants' motion to extend the deadline to file a response to the motion for preliminary injunction **(ECF No. 52) is GRANTED**.  The defendants' response is due by February 17, 2021.

I FURTHER ORDER that plaintiff Trent Henrickson's motion to supplement **(ECF No. 45) is GRANTED**.  Consequently, the defendants should consider ECF No. 45, along with the original motion and all other approved supplements, in preparing their response.

I FURTHER ORDER that because I have extended the time for the defendants to respond, plaintiff Trent Henrickson's motion to grant preliminary injunctive relief based on the defendants' failure to respond **(ECF No. 55) is DENIED**.

DATED this 2nd day of February, 2021.

 

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE