**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRENT HENRICKSON,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01014-APG-EJY<br><br>**Order Denying Motion to Consolidate**<br><br>[ECF No. 59] |

For the reasons stated in my order in *Fowler v. Sisolak*, 2:19-cv-01419-APG-DJA,

I ORDER that the defendants' motion to consolidate **(ECF No. 59) is DENIED**.

I FURTHER ORDER the clerk of court to send a copy of ECF No. 97 from *Fowler v. Sisolak*, 2:19-cv-01418-APG-DJA to plaintiff Trent Henrickson.

DATED this 5th day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE