UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRENT HENRICKSON, | Case No. 2:20-cv-01014-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for this Court to Order U.S. Marshal Service to Serve Summons and Complaint on Defendant Shannon Ennis-Wright.  ECF No. 63.

On December 14, 2020, the Court ordered the Attorney General's Office to file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; b) the names of the defendants for whom it does not accept service; and, (c) the names of the defendants for whom it is filing the last-known address information under seal.  ECF No. 23 at 2 ¶ 6.  The Attorney General's Office was also ordered to file, under seal, the last known addresses of any of the defendants for whom it could not accept service and, if appropriate, the correct and full names for each defendant for whom service is not accepted.  *Id.*

On January 4, 2021, the Attorney General's Office filed responses to the Court's Order.  ECF Nos. 37 and 38.  The Attorney General's Office accepted service on behalf of Defendants Lee Brooks, Charles Daniels, Arnulfo Hernandez, Joseph Padilla, Monique Hubbard-Pickett, Gary Piccinini, Harold Wickham, and Brian Williams.  ECF No. 37 at 1.  The Attorney General's Office did not accept service on behalf of Defendant Shanon Ennis-Wright (*id*. at 2), and filed this Defendant's last-known address under seal (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for this Court to Order U.S. Marshal Service to Serve Summons and Complaint on Defendant Shannon Ennis-Wright (ECF No. 63) is GRANTED.

1       IT IS HEREBY ORDERED that the Clerk of Court shall issue summons for Defendant

2  Shanon Ennis-Wright to the U.S. Marshal with the last known address provided under seal for this

3  individual.  ECF No. 38.

4       IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of Plaintiff's

5  Complaint (ECF No. 14), **one** copy of the Court's Screening Order (ECF No. 13), and **one** copy of

6  this Order to the U.S. Marshal for service on Defendant Shanon Ennis-Wright.

7       IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of the USM-285

8  form to Plaintiff.

9       IT IS FURTHER ORDERED that Plaintiff shall have until **March 15, 2021** to complete the

10  USM-285 service form and return it to the U.S. Marshal, United States Courthouse, 333 Las Vegas

11  Blvd. South, Las Vegas, Nevada 89101.

12       IT IS FURTHER ORDERED that the U.S. Marshal **shall** attempt to effect service within

13  **fifteen (15) days** of the date he receives Plaintiff's USM-285.

14       IT IS FURTHER ORDERED that Plaintiff shall have **21 days** from the date the U.S. Marshal

15  returns to Plaintiff a copy of the USM-285 form showing whether service was accomplished to file

16  a notice with the Court stating whether Defendant Shanon Ennis-Wright was served.

17       DATED THIS 12th day of February, 2021.

18

19

20                        ELAYNA J. YOUCHAH
                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28