UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRENT HENRICKSON,<br><br>                Plaintiff,<br><br>        v.<br><br>STATE OF NEVADA, et al.,<br><br>                Defendants. | Case No. 2:20-cv-01014-APG-EJY<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion for Sanctions Against Defendants for Violating Court's Deadline to Respond to the Motion for Preliminary Injunction (ECF No. 71) and Motion to Strike ECF No. 71 from the Court's Record (ECF No. 72).[1]  Plaintiff requests that the Court strike his Motion for Sanctions from the record as he received Defendants' "timely" Response to the Motion for Preliminary Injunction after he filed the Motion for Sanctions. *Id*. at 1.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Sanctions Against Defendants for Violating Court's Deadline to Respond to the Motion for Preliminary Injunction (ECF No. 71) be struck from the record.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike ECF No. 71 from the Court's Record (ECF No. 72) is GRANTED.

DATED THIS 24th day of February, 2021.

                                                                                ELAYNA J. YOUCHAH
                                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has made typographical changes to the titles of Plaintiff's Motions for the sake of clarity.

1