UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRENT HENRICKSON,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01014-APG-EJY<br><br>**Order Setting Hearing**<br><br>[ECF Nos. 4, 29, 34] |

    I will conduct a hearing on the plaintiff's motion for preliminary injunction (ECF No. 4) and his two motions for reconsideration (ECF Nos. 29, 34) on **Monday, March 22, 2021 at 1:00 p.m. PDT** by videoconference. Each side is limited to 10 minutes of argument.

    The courtroom administrator will provide counsel and High Desert State Prison with the link to attend the video conference. The parties are instructed not to forward the link to others. If additional participants need to appear, please contact the courtroom administrator Melissa Johansen at Melissa_Johansen@nvd.uscourts.gov. Members of the public seeking to have access to this hearing must, prior to the day of the hearing, contact the courtroom administrator by email to request access to this hearing.

    Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

/ / / /

/ / / /

Please note: all participants will be held in a videoconferencing waiting room until the proceeding begins.

DATED this 12th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE