# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRENT HENRICKSON, | Case No.: 2:20-cv-01014-APG-EJY |
| Plaintiff | **Order to Produce Trent Henrickson, #1150845** |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants | |

TO:   Sandra Ruiz, Nevada Department of Corrections
Calvin Johnson, Warden, High Desert State Prison, Indian Springs, NV
United States Marshal for the District of Nevada
And Any Other United States Marshal

**Trent Henrickson, #1150845**, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

I HEREBY ORDER that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **Trent Henrickson, #1150845**, on **Monday, March 22, 2021**, at the hour of **1:00 p.m.**, for a videoconference hearing by Zoomgov technology in this case, and arrange for his appearance on that date until he is released and discharged by the court; and that **Trent Henrickson, #1150845**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

DATED this 15th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE