UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRENT HENRICKSON<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01014-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Submission to the Court for Rulings Re ECF Nos. 64 and 90. ECF No. 97. The Motion is denied. Plaintiff is admonished that the Court is extremely busy and decides motions before it as quickly as possible. Indeed, Plaintiff's Motions to Compel, docketed as ECF Nos. 64 and 68, were ruled upon on April 15, 2021. All other pending motions will be ruled upon in due course.

Accordingly, Plaintiff's Motion for Submission to the Court for Ruling Re ECF Nos. 64 and 90 (ECF No. 97) is DENIED.

Dated this 19th day of April, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1