UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRENT HENRICKSON<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01014-APG-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion for An Extension of Time to Comply with the Court's April 15, 2021 Order. ECF No. 108. Defendants state they need additional time to allow them "to properly redact highly sensitive and confidential operational procedures that deal with staffing levels, emergency response protocols, and High Desert Staff Prison's internal communication." *Id*. at 2. Upon a review of Defendants' entire Motion, the Court finds Defendants establish good cause for their request.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for An Extension of Time to Comply with the Court's April 15, 2021 Order (ECF No. 108) is GRANTED.

IT IS HEREBY FURTHER ORDERED that Defendants are granted through May 17, 2021, to prepare and serve a privilege log on Plaintiff.

Dated this 10th day of May, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1