UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TRENT HENRICKSON,

    Plaintiff-Appellee,

v.

CHARLES DANIELS; et al.,

    Defendants-Appellants,

and

STATE OF NEVADA; NEVADA DEPARTMENT OF CORRECTIONS,

    Defendants.

No. 21-15713

D.C. No. 2:20-cv-01014-APG-EJY
District of Nevada,
Las Vegas

ORDER

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 9) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT


By: Allison Taylor
Deputy Clerk
Ninth Circuit Rule 27-7

AT/MOATT