# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRENT HENRICKSON,<br><br>                    Plaintiff-Appellee,<br>vs.<br>CHARLES DANIELS; et al.,<br><br>                    Defendants-Appellants. | District No.   2:20-cv-01014-APG-EJY<br><br>U.S.C.A. No.   21-15713 |

## ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 6/9/21, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this  11th  day of  June , 2021.

_____

Andrew P. Gordon
United States District Judge