UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRENT HENRICKSON<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01014-APG-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Unopposed Motion to Extend the Dispositive Motions Deadline in this case. ECF No. 122. Defendants state that counsel and Plaintiff "engaged in a productive telephonic meet and confer to discuss this motion to extend the deadline to file dispositive motions and to discuss any possible settlement; because those talks were fruitful, the parties are hopeful of settling but need additional time." *Id.* at 1–2. The Court finds that good cause exists to extend the dispositive motions deadline to allow for further settlement discussions.

Accordingly, IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Extend the Dispositive Motions Deadline (ECF No. 122) is **GRANTED**. Any dispositive motions **shall** be filed no later than **September 7, 2021**.

Dated this 2nd day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1